IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HERMAN DEAN,

    Plaintiff,

v.

Lt. GARY JACKSON; BRANDON
REYNOLDS; TIA FLUELLEN; JOHN
SIKES; JENNIFER SUAREZ and
SONNY LUCAS,

    Defendants.

CIVIL ACTION NO.: CV209-139

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Plaintiff's Objections address his allegations that he has not been able to obtain discovery from Defendants, which has prevented Plaintiff from showing any actual injury he may have suffered.

It appears that Plaintiff misunderstands the Magistrate Judge's "actual injury" analysis within the context of Plaintiff's claim that Defendant Jackson's actions violated his access to the courts. Plaintiff was required to present evidence which reveals the existence of a genuine dispute as to whether or not he suffered an "actual injury" to his "nonfrivolous prosecution of either a direct appeal of a conviction, a habeas petition, or a civil rights suit[ ]", Hyland v. Parker, 163 F. App'x 793, 798 (11th Cir. 2006), as a result of Defendant Jackson's alleged confiscation or destruction of Plaintiff's legal materials.

AO 72A
(Rev. 8/82)

Plaintiff failed to do so, despite the opportunities afforded. Plaintiff's ability or inability to obtain discovery purportedly in the possession of Defendants has no bearing on Plaintiff's burden in this case. Defendants are entitled to summary judgment as a matter of law.

Plaintiff's Objections are **overruled**. Defendants' converted Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is authorized to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 19 day of August, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
Rev. 8/82)